1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA MOLE-DONCHEZ, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-00847-APG-NJK |
| ) | |
| vs. ) | ORDER SETTING STATUS |
| ) | CONFERENCE |
| JANET NAPOLITANO, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

The Court has received a notice from Plaintiff requesting a status of her case, which the Court interprets as a motion seeking a status conference. *See* Docket No. 14. It is not clear from the motion whether Plaintiff is also now appearing in this action *pro se* or whether she continues to be represented by her current attorney of record. *See id.* at 1 (referring to her "old attorney").

The Court hereby **SETS** a status conference that both Plaintiff and Plaintiff's current attorney of record (Philip Trenchak) are required to attend in person. That status conference will be held on March 6, 2014, at 11:00 a.m. at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101 in Courtroom 3B. In addition to the issues raised by Plaintiff's notice, Mr. Trenchak shall also be prepared to discuss whether Defendant has been properly served in this case pursuant to Fed. R. Civ. P. 4(i).

//

//

//

1    The Court further **INSTRUCTS** the Clerk's Office to mail a copy of this Order to Plaintiff at

2    the address listed on her motion:

3        Rebecca Donchez
         1740 Millstream Way
4        Henderson, NV 89074

5        IT IS SO ORDERED.

6        DATED: February 21, 2014

7

8                                              _____
                                               NANCY J. KOPPE
                                               United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2