UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MOLE-DONCHEZ, | |
| Plaintiff(s), | Case No. 2:13-cv-00847-APG-NJK |
| vs. | ORDER SETTING HEARING |
| JANET NAPOLITANO, | |
| Defendant(s). | |

Pending before the Court is an order to show cause. Docket No. 17. Both Plaintiff and her attorney of record have now filed a response. Docket Nos. 18, 19. Also before the Court is Plaintiff's attorney's motion to withdraw as counsel. Docket No. 19. The Court hereby **SETS** a hearing on the order to show cause and the motion to withdraw to be held on April 7, 2014, at 2:30 p.m. at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101 in Courtroom 3B. Plaintiff and Mr. Trenchak are both required to attend.

The Court further **INSTRUCTS** the Clerk's Office to mail a copy of this Order to Plaintiff:

Rebecca Donchez
1740 Millstream Way
Henderson, NV 89074

IT IS SO ORDERED.

DATED: March 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge