UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MOLE-DONCHEZ, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> JANET NAPOLITANO, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:13-cv-00847-APG-NJK <br><br> ORDER DISCHARGING FOURTH ORDER TO SHOW CAUSE |

On July 10, 2014, the Court ordered Plaintiff to show cause in writing why the case should not be dismissed pursuant to Fed. R. Civ. P. 4(m). Docket No. 25. Plaintiff failed to comply. Instead, Plaintiff simply filed proofs of service. *See* Docket No. 26. The Court infers from this filing that Plaintiff believes service has been effectuated on Defendant. Based on those proofs of service, the Court hereby DISCHARGES the order to show cause. Nonetheless, the Court cautions Plaintiff and Plaintiff's counsel that the Court expects strict compliance with Court orders in the future and that sanctions may result for failure to comply.[1]

IT IS SO ORDERED.

DATED: July 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court is not making a conclusive determination herein that service was properly effectuated, and Defendant remains free to argue to the contrary if she believes it was not.