UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REBECCA MOLE-DONCHEZ,<br><br>        Plaintiff,<br>v.<br>JEH JOHNSON,<br><br>        Defendant. | Case No. 2:13-cv-00847-APG-NJK<br><br>ORDER<br><br>(Unopp Mot Defer ENE – Dkt. #37) |

Before the court is Federal Defendant's Unopposed Motion to Defer Early Neutral Evaluation Session (Dkt. #37). On October 24, 2014, Judge Koppe entered an Order (Dkt. #38) granting the motion to stay discovery. As discovery in this matter has been stayed pending the outcome of the motion to dismiss, the court will also grant the motion to defer the ENE. Accordingly,

**IT IS ORDERED** that Federal Defendant's Unopposed Motion to Defer Early Neutral Evaluation Session (Dkt. #37) is **GRANTED,** and shall be deferred pending the outcome of the pending motion to dismiss.

**IT IS FURTHER ORDERED** that in the future, counsel shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

DATED this 13th day of November, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE